[pic]
|TENTH COURT OF APPEALS |
| | | |
|Chief Justice |McLennan County Courthouse | |
|Tom Gray |501 Washington Avenue, Rm 415 | |
| |Waco, Texas 76701-1373 |Clerk |
|Justice |Phone: (254) 757-5200 Fax: (254)|Sharri Roessler |
|Rex D. Davis |757-2822 | |
|Al Scoggins | | |

 December 27, 2013

 In accordance with the enclosed Memorandum Opinion, below is
 the judgment in the numbered cause set out herein to be entered in
 the Minutes of this Court as of the 27th day of December, 2013.

 10-13-00223-CV IN THE INTEREST OF D.D, C.C., C.C., AND C.C.,
 CHILDREN - ON APPEAL FROM THE 361ST DISTRICT COURT
 OF BRAZOS COUNTY - TRIAL COURT NO. 12-000325-CV-361
 - AFFIRMED - Memorandum Opinion by Justice Davis:

 “This cause came on to be heard on the transcript of the
 record, and the same being considered, because it is the opinion of
 this Court that there was no error in the judgment of the court
 below; it is therefore ordered, adjudged and decreed that the
 judgment of the court below be, and hereby is, affirmed. It is
 further ordered that appellant pay all costs in this behalf
 expended, and that this decision be certified below for observance.”